IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CR 126

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| SHAWN LEIGH CHANDLER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court on a financial affidavit filed *ex parte* by Defendant (Doc. 5), which the undersigned will construe as a motion for the appointment of counsel.

The docket in this matter indicates that, on December 3, 2019, Defendant was charged with two counts of child pornography-related offenses. Defendant has not yet been arrested or made an initial appearance.

Nonetheless, pursuant to the Criminal Justice Act Plan for the Western District of North Carolina, the undersigned finds that Defendant's motion should be considered at this time. Further, having reviewed Defendant's financial affidavit, the undersigned finds that Defendant is eligible for the appointment of counsel.

Accordingly, Defendant's Motion is **GRANTED,** and the Federal Defender's Office is respectfully **DIRECTED** to assign counsel to Defendant.

Signed: February 26, 2020

W. Carleton Metcalf
United States Magistrate Judge